**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00147-CV**

_____

**IN RE JOHN MATHEW RODRIGUEZ AND
J.B. WHITNEY FINANCIAL, LLC**

_____

**Original Proceeding
457th District Court of Montgomery County, Texas
Trial Cause No. 23-08-11318-CV**

_____

**MEMORANDUM OPINION**

John Mathew Rodriguez and J.B. Whitney Financial, LLC filed a mandamus petition to compel the trial court to vacate or withdraw its March 6, 2024 order granting Plaintiff's First Amended Motion to Place Funds in Registry of Court. We requested a response from the Real Parties in Interest, MHW Summerwood Trails, LLC and Summerwood Trails, LP.

In a letter to the Clerk of the Court, Relators have informed the Court that the trial court has vacated its order of March 6, 2024, that Relators have received the relief they requested in their mandamus petition, and there is no longer a justiciable

1

controversy between the parties that would be resolved by obtaining a judgment on their mandamus petition.

Relators request that their mandamus petition be dismissed as moot. Accordingly, the petition for a writ of mandamus is dismissed without prejudice and without reference to the merits.

PETITION DISMISSED.

PER CURIAM

Submitted on May 15, 2024
Opinion Delivered May 16, 2024

Before Golemon, C.J., Horton and Wright, JJ.